AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| RCRV, INC. d/b/a ROCK REVIVAL, a California corporation, <br> *Plaintiff(s)* <br> v. <br> GHACHAM, INC. d/b/a PLATINI JEANS CO., a California corporation, MOHAMED GHACHAM, an individual, XYZ COMPANIES 1-10, and JOHN AND JANE DOES 1-10 <br> *Defendant(s)* | Civil Action No. 2:16-cv-01544 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

Ghacham, Inc. d/b/a Platini Jeans Co.        Mohamed Ghacham
7340 Alondra Blvd.                           3927 Bell Avenue
Paramount, California  90723                 Bell, California 90201

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        John C. Ulin
        Eric D. Mason
        ARNOLD & PORTER LLP
        777 South Figueroa Street, 44th Floor
        Los Angeles, California  90017-5844

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                                                                    *Signature of Clerk or Deputy Clerk*